# JS-6

## THE UNITED STATE DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN YOHAN LEE, | CASE NO.: 2:16-cv-8685-GW (SKx) |
| Plaintiff, | [~~PROPOSED~~] ORDER RE NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41 (a) OR (c) |
| v. | |
| JEROME MILLER, an individual, a resident of Tennessee, DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Delaware corporation | |
| Defendants. | |

IT IS ORDERED that Plaintiff's Request for Dismissal is [granted/denied].

Plaintiff's Counsel is ordered to give notice.

DATED: August 3, 2017

_George H. W____

Judge of United States District Court

1

[~~PROPOSED~~] ORDER